UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
DAVID WEFER,                             :
                                         :
Plaintiff,                               :   CASE NO.: 1:19-cv-00007
                                         :
v.                                       :
                                         :
LSC COMMUNICATIONS, INC., THOMAS         :
J. QUINLAN, JUDITH H. HAMILTON, M.       :
SHÂN ATKINS, MARGARET A. BREYA,          :
FRANCIS J. JULES, THOMAS F. O'TOOLE,     :
RICHARD K. PALMER, DOUGLAS W.            :
STOTLAR, and SHIVAN S.                   :
SUBRAMANIAM,                             :
                                         :
---------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 27, 2019               Respectfully Submitted,

                                       **MONTEVERDE & ASSOCIATES PC**

                                       /s/ Juan E. Monteverde
                                       Juan E. Monteverde
                                       The Empire State Building
                                       350 Fifth Avenue, Suite 4405
                                       New York, New York 10118
                                       Tel: 212-971-1341
                                       Fax: 212-202-7880

                                       *Attorney for Plaintiff*